IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT PAGE III,  )
  )
    Plaintiff,  )   No. C 05-4671 TEH (PR)
  )
v.  )   ORDER OF DISMISSAL
  )
COUNTY OF SAN MATEO, et al.,  )
  )
    Defendant(s).  )
_____  )

    This civil action for damages by a prisoner was filed on November 15, 2005. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $250.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

    More than 30 days have elapsed. However, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

    The clerk shall close the file and terminate all pending motions as moot. No fee is due.

SO ORDERED.

DATED: 01/09/06

THELTON E. HENDERSON
United States District Judge